## George A. Bosomburg, Appellant, v. Birk Brothers Brewing Company, Appellee.

Gen. No. 41,057.

opinion filed October 1, 1940.

George A. Bosomburg *pro se;* Henry L. Phoenix for appellee; Richard C. Murphy, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."